UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re

BARBARA JEANNE BONFIELD,

        Debtor and Appellant,

CASE NO. C05-136C

ORDER

        This matter comes before the Court on Appellant Barbara Jeanne Bonfield's Motion for Reconsideration of the Court's Order dismissing her bankruptcy appeal (Dkt. No. 37). Appellant's Motion is DENIED as not timely filed.

        Motions for reconsideration are governed by Local Rule CR 7(h), which requires that such motion be filed within ten (10) judicial days following the order to which it relates. The Court dismissed Appellant's bankruptcy appeal on July 22, 2005 (*see* Dkt. No. 36), which means that the ten (10) day limit expired on August 5, 2005. Appellant filed her motion for reconsideration of the Court's Order on August 8, 2005. This motion was filed beyond the ten day limit and is therefore DENIED.

        Moreover, even if the motion were deemed timely filed, the Court would still deny Appellant the requested relief. Local Rule CR 7(h)(1) provides in pertinent part that "[m]otions for reconsideration are disfavored . . . [and] will ordinarily [be] den[ied] . . . in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to [the

ORDER – 1

court's] attention earlier with reasonable diligence." Local Rules W.D. Wash.  Appellant's motion fails to demonstrate manifest error, new facts, or new legal authority.  Instead she seeks to reargue issues previously considered and dismissed by the Court in the underlying appeal.

There being no grounds for reversal of the Court's Order dismissing Appellant's bankruptcy appeal as frivolous, Appellant's Motion for Reconsideration is hereby DENIED.

SO ORDERED this  22nd  day of August, 2005.

_____
UNITED STATES DISTRICT JUDGE

ORDER – 2